UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
★ APR 22 2015 ★
BROOKLYN OFFICE

---------------------------------------------------X
ZABRINA COLLAZO and JOHN DOES 1-100,
on behalf of themselves and others similarly situated,

                         Plaintiffs,

-against-

NOW HEALTH GROUP, INC.,

                         Defendant.
---------------------------------------------------X

15 CV 0328

**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel(s) that the above-captioned action is voluntarily dismissed, with prejudice, pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii).

For the Defendant:

By: _____
James Arden, Esq.
Sidley Austin LLP
787 Seventh Avenue
New York, NY 10019
Telephone: (212) 839-5889
Fax: (212) 839-5599
jarden@sidley.com

For the Plaintiffs:

By: _____
C.K. Lee, Esq.
Lee Litigation Group, PLLC
30 East 39th Street, 2nd Floor
New York, New York 10016
Telephone: (212) 465-1188
Fax: (212) 465-1181
cklee@leelitigation.com

Date: April 17, 2015

SO ORDERED
_____
U.S.D.J.

Date: April 17, 2015

_____
Dated April 22, 2015